IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERRI GREEN, | § | |
| | § | |
| Defendant Below, | § | No. 411, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Kent County |
| | § | Cr. ID 1304014924 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 17, 2015
Decided: August 19, 2015

## **O R D E R**

This 19th day of August 2015, it appears to the Court that, on August 4, 2015, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for her failure to file her notice of appeal in a timely manner under Supreme Court Rule 6. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice